Form GTotocloscstmp

## UNITED STATES BANKRUPTCY COURT

District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

In Re:  Ghislain L. Breton
       Debtor

Case No.: 08−11356−MWV

Chapter:  7

## ORDER CLOSING CASE

It appears from the records of the court that the estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The chapter 7 case of the above−named debtor(s) is closed.

Dated: 5/27/09

/s/ Mark W. Vaughn
U.S. Bankruptcy Judge